## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

GREG SOULLIERE

      Plaintiff,                           CIVIL ACTION
                                           FILE NO.: **8:13-CV-02860**

v.

CENTRAL FLORIDA INVESTEMENTS, INC
d/b/a/ WESTGATE RESORTS and,
Westgate Resorts, Ltd., and
Westgate Vacation Villas, LLC., and
West Gate Vacation Villas HOA[1] and
**Central Florida Investments Resorts Management, Inc.**

      Defendants.
_____/

## AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

    Plaintiff, brings this action against Defendants, on the grounds and the

amounts set forth herein.

## I. PRELIMINARY STATEMENT

---

[1] Defendants are believed to be closely related corporate entities, all of which are either controlled or otherwise entwined with Central Florida Investments, Inc., which does business as Westgate Resorts.

This action arises out of the facts and circumstances surrounding phone calls Defendants made to the Plaintiff's cell phone, with an automated telephone dialer without express consent. Plaintiff, an individual, institutes this action for actual and statutory damages against the Defendants and the costs of this action against Defendants for violations of the Telephone Consumer Protection Act (hereinafter "TCPA") 27 U.S.C. 227 et seq.

## II. PARTIES

1. Plaintiff is a natural person residing in Pinellas County, Florida.

2. Defendants are Florida for profit corporations, accountable under the TCPA.

3. Defendants were attempting to collect an alleged but unsubstantiated debt against Plaintiff, by calling Plaintiff's cell phone with an auto-dialer, repeatedly, even after Defendants were given cease and desist instructions, which gives rise to this action.

## III. JURISDICTION AND VENUE

4. Jurisdiction is conferred on this Court by 28 U.S.C.  1331

5. Venue is this District is proper in that the Defendants transacts business here and the conduct of underlying the complaint occurred in Pinellas County, Florida, which falls under the jurisdiction of the Tampa Division of the Middle District Court.

## IV. STATUTORY STRUCTURE TCPA

6.  The Telephone Consumer Protection Act, 47 U.S.C. 227 ("TCPA") amended
the Federal Communications Act 47 U.S.C. 151, et seq. ("FCA") to address
the uses of automatic telephone dialing systems, artificial or prerecorded
voice messages, SMS text messages reviewed by cell phones, and the use of
fax machines to send unsolicited advertisements.

7.  Under the TCPA "automatic telephone dialing system" (hereinafter
"ATDS") means equipment which has the capacity-

(A)    to store or produce telephone numbers to be called, using a random or
sequential number generator; and

(B)    to dial such numbers.

See, 47 U.S.C.  227 (a)(1).

8.  Under the TCPA, it is unlawful to make any call (other than a call made for
emergency purposes or made with the prior express consent of the called
party) using any automatic telephone dialing system or an artificial or
prerecorded voice message to any telephone number assigned to a paging
service, cellular telephone service, specialized mobile radio service, or other
radio common carrier service, or any service for which the called party is
charged for the call.

9.  Under the TCPA, a person or entity may, if otherwise permitted by the laws
of the rules of the court of a State, bring in an appropriate court of that State:

(A)    an action based on a violation of this subsection or the

regulations prescribed under this subsection to enjoin such

violation,

(B)    an action to recover for actual monetary loss from such a

violation, or to receive $500 in damages for each such

violation, whichever is greater,  or

(C)    both such actions.

If the court finds that the Defendants willfully or knowingly violated this

subsection or the regulations prescribed under this subsection, the court may, in its

discretion, increase the amount of the award to an amount equal to not more than 3

times the amount available under subparagraph (B) of this paragraph. 47 U.S.C.

227 (b)(3).

## V. FACTUAL ALLEGATIONS

10.  During the past 48 months prior to the filing of the initial complaint in this

matter, Defendants contacted Plaintiff's cell phone without express permission,

with an automated telephone dialing system.

11.  Defendants called Plaintiff's cell phone intentionally and repeatedly, without

express permission, with an automated telephone dialing system, in total disregard

of Plaintiff's lawful rights under the TCPA.  Further, Defendants called Plaintiff's

cell phone even after Defendants had been given a cease and desist instruction by Plaintiff.

## VI. TCPA VIOLATIONS

12.  Plaintiff repeats, re-alleges, and incorporates by reference the foregoing paragraphs. The Defendants violations of the TCPA include, but are not limited to, the following:

13.  The actions of the Defendants individually and collectively violated the TCPA.

14.  By the Defendant calling the Plaintiff's phone without express consent, with an auto-dialer and in direct violation of Plaintiff's instructions, thereby Defendants violated the TCPA. 27 U.S.C.  227

15.  By the Defendants calling the Plaintiff's phone without consent and expressly against the directive that Plaintiff issued to Defendants, Defendants violated the TCPA.  27 U.S.C.  227

WHEREFORE, Plaintiff prays that judgment be entered against the Defendants for the following:

(1) Statutory damages pursuant to TCPA 47  U.S.C.  227 (b)(3);

(2) Statutory damages pursuant to TCPA 47 U.S.C.  227 (d)(3);

(3) Fair and reasonable costs of this action, court costs;

(4) Injunctive relief;

(5) Such other and further relief that the Court deems just and proper.

**s/ W. John Gadd**
W. John Gadd
FL Bar Number 463061
Bank of America Building
2727 Ulmerton Road-Suite 250
Clearwater, FL 33762
Tel- (727) 524-6300
Email- wjg@mazgadd.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of May, 2014, I electronically

filed the foregoing with the Clerk of the Court by using the CM/ECF system which

will send a notice of electronic filing to all counsel of record.

**s/ W. John Gadd_____**

FL Bar Number 463061

Bank of America Building

2727 Ulmerton Road, Ste. 250

Clearwater, Florida 33762

Tel - 727-524-6300

Email – wjg@mazgadd.com