AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

## CORRECTED
## JUDGMENT IN A CIVIL CASE

GREG SOULLIERE,

    Plaintiff,

VS.                                                              CASE NUMBER: 8:13-CV-2860-T-27AEP

CFI RESORT MANAGEMENT, INC.,

    Defendant.

☒    **Jury Verdict.** This action came before the court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☐    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered on behalf of the defendant, CFI RESORT MANAGEMENT, INC., and against the plaintiff, GREG SOULLIERE.

May 28, 2015                                        SHERYL L. LOESCH. CLERK

                                                         _____
(By)      Deputy Clerk